# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN RUCCINNI, an individual,** | 2:15-cv-07579-BRO-RAO |
| Plaintiff, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| **STATE OF CALIFORNIA, a government entity; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a government entity; CLARKE, an individual; MAKARDE, an individual; MASON, an individual; MAUX, an individual; GRAVES, an individual; and DOES 1 through 10, inclusive,** | |
| Defendants. | |

Based on the stipulation of the parties, IT IS ORDERED:

1) Plaintiff hereby dismisses without prejudice his entire complaint;
2) This dismissal includes a mutual waiver of all costs, court fees, and attorneys' fees arising out of litigation of this claim.

**IT IS HEREBY ORDERED**

Dated: January 7, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE